**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25754-LEIBOWITZ**

**HLIB BOCHKAROV,**

*Plaintiff,*

*v.*

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**

*Defendant.*
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal. [ECF No. 6]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 28, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record